```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                             :

ALBERTO RAUL SAAVEDRA,                     :

                               Plaintiff,         :               1:20-cv-3326-GHW

                             -v -                         :               <u>ORDER</u>

PICK & PACK PRODUCE INC d/b/a Lydig Pick :
& Pack, Yoon Jai Lee,                               :

                            Defendants.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court will extend the time for all defendants to answer or otherwise respond to the complaint to July 8, 2020. But the Court reminds the parties to comply with the Court's Individual Rules. Specifically, the Court points the parties to Rule 1(F), which states, among other things, that: "immediately following the filing of any proposed order or stipulation, parties are directed to submit a joint letter to the Court, stating (1) the reason for the request that the Court enter the proposed order or stipulation; (2) the position of each of the parties with respect to the proposed order or stipulation; (3) the basis for the Court's legal authority to enter the proposed order or stipulation; and (4) any other information that the parties believe would provide context for the Court's evaluation of the request. Parties should not expect that the Court will act on a proposed stipulation or order unless it is accompanied by such a letter." Individual Rule 1(F). Furthermore, the Court notes that the defendants have not yet noticed their appearance in this matter.

Plaintiff is directed to serve this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: June 25, 2020

                                                                      GREGORY H. WOODS
                                                               United States District Judge