

# STILLMAN LEGAL, P.C
www.FightForUrRights.com
42 BROADWAY. 12TH FLOOR. NEW YORK NY 10004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/20

**MEMO ENDORSED**

**VIA ECF**
Hon. Barbara Moses
United State District Court, Southern District of New York

December 21, 2020

Your Honor,

    This firm represents Alberto Saavedra ("Plaintiff") in the above-referenced matter. Plaintiff writes jointly with Defendants to inform the court that the parties are stipulating to cap Plaintiff Counsel's attorney's fees to $7,056.66 instead of the $7,216.66 previously requested. The parties thank the Court for its attention to this matter.

    Respectfully submitted,

*Lina Stillman, Esq.*

*Joseph Altman, Esq.*

---

The settlement agreement, as modified to limit plaintiff's counsel's fees and expenses to $7,056.66, is APPROVED. It is hereby ORDERED that this action is DISMISSED with prejudice and without costs. The Clerk of Court is respectfully directed to close the case. SO ORDERED.

_[signature]_
Barbara Moses, U.S.M.J.
December 22, 2020

---